RECEIVED
2004 AUG 16 PM 12: 15
U.S. BANKRUPTCY COURT
N.D. OF NY
ALBANY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**In Re:**
**DALE BELL and BETTY BELL,**

**Debtors.**

**ORDER ON CONSENT**

**Case No. 04-14297**
**Chapter 7**

**WHEREAS** the debtors filed their Petition on June 29, 2004 and are scheduled for a §341 hearing on August 20, 2004 at 11:45 a.m; and

**WHEREAS**, joint debtor Betty Bell cannot attend the §341 hearing as scheduled because she is currently incarcerated in Beacon Correctional Facility, Beacon, New York.; and

**WHEREAS,** debtors have made application, through their attorneys, for an Order permitting the Trustee to conduct his §341 examination of the joint debtor, Betty Bell, by interrogatories; and

**WHEREAS**, the Trustee has consented to this request; and

**WHEREAS**, the Court has given this matter due deliberation; and now it is

**ORDERED** that the §341 examination of the joint debtor, Betty Bell, may be conducted through interrogatories.

Consented to:

Marc S. Ehrlich, Esq.
Chapter 7 Trustee

Consented to:

O'Connell and Aronowitz, P.C.
By: Donald W. Biggs, Esq.
Attorneys for the debtors

**SO ORDERED!** AUG 16 2004

Honorable Robert E. Littlefield, Jr.
Bankruptcy Court Judge

RECEIVED
AUG 16 2004
BANKRUPTCY JUDGE
ALBANY, NEW YORK

AUG 16 2004

D:\data\Bankruptcy\Bell\Order.wpd