UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

DALE BELL
and BETTY BELL,
Debtors.

INTERROGATORIES

Case No. 04-14297

Pursuant to the Order of the United States Bankruptcy Court, signed the 16th day of August, 2004, by Hon. Robert E. Littlefield, Jr. waiving debtor(s) Dale Bell an Betty Bell appearance at the section 341(a) meeting and permitting the debtor to be examined by interrogatories, the following interrogatories are propounded to the debtor.

The debtor is hereby directed to respond to the following interrogatories in writing, to Marc S. Ehrlich, Esq., within 20 days of issuance:

************************************

1. Have you ever been involved in a bankruptcy proceeding before?

2. Do you own any real property currently or have you owned any real property in the past five years? If yes, set forth location, value, liens, and dates of ownership.

3. Has the foreclosure been completed on debtors' residence?

4. Where do you reside? How long have you resided at your present address?

5. Do you own a motor vehicle? If so, attach Certificate of Title(s).

6. Are you employed? If so, set forth employer's name and address and set forth debtors' monthly gross and net income.

7. Set forth a complete list of all accounts receivable of debtor, if any.

8. Have you transferred any property within the last one year period? If yes, set forth what was transferred, name of the receiving party, and amount of consideration for said transfer.

9. Do you have any rights or causes of action to sue anyone or are you currently suing any person or entity? If yes, set forth the facts and current status of each and every cause of action.

STATEMENT REGARDING DEBTOR IDENTIFICATION

STATE OF NEW YORK )
)ss:
COUNTY OF __________ )

I SWEAR AS FOLLOWS:

1) My name is: ________________________________

2) My address is: ________________________________

________________________________

3) The photo identification I have provided to prove my identity is as follows:
(Please complete blanks OR attach copies)

_____ Drivers License, (State & number) ________________________
_____ State Identification (State & number) ________________________
_____ Passport (Country, number, Expiration date)____________________
_____ Military identification (branch & ID No.) ____________________
_____ Legal resident alien card (number)________________________
_____ Other (describe, attach copy)______________________________

4) My social security number is ___ - ___ - _____

5) The proof of social security number I have provided is as follows:
(Please attach a copy if available)

_____ social security card
_____ W2 form
_____ recent payroll earnings statement
_____ employers health card
_____ other (document which shows name and social security number)

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that all of the above is true and correct.

Executed this _________ day of _____________, 200___, in __________, ___________
(Date) (Month) (City) (State)

___________________________
Signature

___________________________
Witness

Dated: August 17, 2004

Yours, etc.

Marc S. Ehrlich, Esq.
Chapter 7 Trustee
64 Second Street
Troy, New York 12180
(518) 272-2110

To: Donald Biggs, Esq.
O'Connell & Aronowitz, P.C.
206 West Bay Plaza
Suite 206
Plattsburgh, NY 12901

Dale Bell
and Betty Bell
6 Robinson Terrace
Plattsburgh, NY 12901

Office of the United States Trustee
74 Chapel Street
Albany, New York 12207